## ALABAMA MINERAL LAND CO. V. LATHROP-HATTON LBR. CO.

### *Penalty for Cutting Trees.*

(Decided July 6, 1906.   41 So. Rep. 953.)

APPEAL from Shelby Circuit Court.
Heard before Hon. JOHN PELHAM.
BLACKWELL & AGEE, for appellant.
SMITH & SMITH, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## RIDDLE V. RAGAN, ET AL.

### *Assumpsit.*

(Decided June 30, 1906.   41 So. Rep. 953.)

APPEAL from Clay County Court.
Heard before Hon. W. J. PEARCE.
D. H. RIDDLE, for appellant.
LACKEY & BRIDGES, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## KEITH V. THE STATE.

### *Murder.*

(Decided June 30, 1906.   41 So. Rep. 1001.)

APPEAL from Talladega City Court.
Heard before Hon. G. K. MILLER.
WHITSON & DRYER, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.